[This decision has been published in *Ohio Official Reports* at 90 Ohio St.3d 570.]

THE STATE EX REL. MARATHON ASHLAND PETROLEUM L.L.C., F.K.A.

MARATHON PETROLEUM COMPANY, APPELLANT, *v.* BACK ET AL., APPELLEES.

[Cite as *State ex rel. Marathon Ashland Petroleum L.L.C. v. Back*,

2001-Ohio-18.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 00-1032—Submitted November 14, 2000—Decided January 17, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-632.

—————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

—————————

*Pickrel, Schaeffer & Ebeling, David C. Korte* and *Michelle D. Bach*, for appellant.

*Clements, Mahin & Cohen, L.L.P.*, and *Edward Cohen*, for appellee John D. Back.

*Betty D. Montgomery*, Attorney General, and *Stephen D. Plymale*, Assistant Attorney General, for appellee Industrial Commission.

—————————